**Order entered October 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00467-CR
No. 05-20-00468-CR
No. 05-20-00469-CR
No. 05-20-00470-CR
No. 05-20-00472-CR
No. 05-20-00473-CR
No. 05-20-00474-CR
No. 05-20-00475-CR

**ADRIAN DEVONTA ELLISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-33127-L, F08-51957-L, F10-23982-L,**
**F19-00064-L, F19-40183-L, F19-40182-L, F19-40184-L & F08-11942-L**

**ORDER**

Appellant's brief was due on August 13, 2020. When it was not filed, we

notified appellant by postcard dated August 17, 2020 and directed him to file the

brief and an extension motion by August 27, 2020. To date, no brief has been filed and we have had no communication from appellant.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute these appeals, whether appellant has abandoned the appeals, or whether appointed counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; to John Daniel Oliphant Jr.; and to the Dallas County District Attorney's Office, Appellate Division.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/ ROBERT D. BURNS, III
    CHIEF JUSTICE